

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00101-CV

_____

DANNY WAYNE MARTIN, Appellant

V.

AMANDA JOANN PARRIS, Appellee

On Appeal from the 102nd District Court
Red River County, Texas
Trial Court No. CV03126

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

## MEMORANDUM OPINION

Danny Wayne Martin, appellant, has filed a motion seeking to dismiss this appeal. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss the appeal.

Jack Carter
Justice

Date Submitted:     December 9, 2013
Date Decided:       December 10, 2013